Jo Ann WALLACE,
Plaintiff/Respondent,

v.

William WALLACE,
Defendant/Appellant.

No. 58730.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 9, 1991.

Patricia Ann Riehl, Hillsboro, for defendant/appellant.

William B. Quinn, St. Louis, for plaintiff/respondent.

ORDER

Defendant appeals from a trial court order that granted summary judgment to plaintiff and ordered him to pay $29,529 for unpaid maintenance owed to plaintiff. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).